UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:12-cr-00185-SEB-MJD |
| PERKINS GRICE, | ) -04 | |
| Defendant. | ) | |

**ENTRY DENYING AS MOOT MOTION TO REDUCE SENTENCE**

Defendant Perkins Grice filed a motion to reduce sentence, dkt [323], on April 15, 2019, in which he seeks a sentence reduction based on computation of his good time credits under the First Step Act of 2018. In response to this motion, the Office of the Indiana Federal Community Defender was appointed to represent Mr. Grice to determine whether he may qualify to seek a reduction of sentence and to present any appropriate motions. Dkt. 324. Counsel's motion to withdraw was granted on July 22, 2019. Dkt. 328.

Section 102(b) of the First Step Act of 2018 (the "First Step Act"), amends 18 U.S.C. § 3624(b) in a manner that assures that up to 54 days of good conduct time is available for each year of incarceration imposed by the court, as opposed to 54 days per year of actual time served. Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5210 (2018); *see also Barber v. Thomas*, 560 U.S. 474 (2010) (explaining good conduct time calculation). The amendment results in recalculation of the release date of most current inmates.

The Bureau of Prisons is responsible for calculating Mr. Grice's good conduct time credits. Apparently, a recalculation occurred because Mr. Grice's copy of the Court's July 25,

2019, Order was returned to the Court as undeliverable and the Bureau of Prisons' website reflects that Mr. Grice was released on September 20, 2019.

Accordingly, the motion to reduce sentence based on good conduct time, dkt [323], is **denied as moot.**

**IT IS SO ORDERED.**

Date: 1/30/2020

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Perkins Grice – No mailing address on file, copy available upon request